ORIGINAL

**NORTHERN DISTRICT OF TEXAS**
**FILED**
**JUN 1 2 2006**
**CLERK, U.S. DISTRICT COURT**
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEITH CAMPBELL,<br>  Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of the Social<br>Security Administration,<br>  Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil No. Action No.<br>3:05-CV-2434-B<br>ECF<br>Pro Se Plaintiff |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted.

SIGNED this 12th day of June, 2006.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE